

# Fourth Court of Appeals
## San Antonio, Texas

February 1, 2018

No. 04-17-00564-CV

**IN THE INTEREST OF K.M.G. AND G.S.G., CHILDREN,**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2016EM500250
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

According to our records, you are the attorney for the appellee. This is to notify you that appellee's brief has not been filed. Please respond to this court in writing within ten days of the date of this letter. Your response should state a reasonable explanation for failing to timely file the brief. It should also demonstrate that you are taking affirmative steps to remedy the deficiencies. If you intend for your response to serve as a motion for extension of time, it must comply with Rule 10.5 of the Texas Rules of Appellate Procedure and the Fourth Court of Appeals' local rules.

If we do not receive an adequate response from you within ten days, we will set the appeal "at issue," and it will be set for submission without an appellee's brief.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of February, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court